# Sheehan & Associates, P.C.

505 Northern Blvd Ste 311     tel. 516.303.0552     fax 516.234.7800
Great Neck NY 11021-5101     spencer@spencersheehan.com

February 6, 2020

District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    1:19-cv-11104-RA
        Cummings v. Topco Associates, LLC

Dear District Judge Abrams:

     This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, plaintiff requests an adjournment or extension of the Initial Conference.

     The original date for the Initial Conference is Friday, February 14, 2020 and the submission of the joint letter is to be filed no later than Friday, February 7, 2020. There have been no previous requests for adjournment or extension of this date. No previous request was granted or denied.

     Defendant consents to and joins plaintiff in the present request. The reason for this request is because the parties are in negotiation for defendant to accept service of process. Plaintiff anticipates defendant will execute a waiver of service within the next two to three weeks. Plaintiff requests an adjournment of at least forty-five (45) days so that defendant can sign and return the waiver of service, evaluate the case and discuss it with the undersigned in advance of the date by which defendant's answer or response to the complaint is due. This request is submitted at least 48 hours prior to the Initial Conference. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

---

Application granted. The initial conference scheduled for February 14, 2020 is hereby adjourned to April 10, 2020 at 12:00 p.m. The joint letter and proposed case management plan shall be filed no later than April 3, 2020.

SO ORDERED.

_____
Hon. Ronnie Abrams
2/6/2020

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/20