USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-1-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONITA CUMMINGS, *individually and on behalf of all others similarly situated*,

          Plaintiff,

v.

TOPCO ASSOCIATES, LLC,

          Defendant.

19-CV-11104 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by April 3, 2020, as directed in the Court's February 6, 2020 Order. If the parties are unable to submit their joint letter and case management plan by April 3rd, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    April 1, 2020
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge