EXHIBIT "B"

FLAVOR EXTRACT MFg. Asso:     ⑤

## MEMORANDUM OF CONFERENCE

July 8, 1966

PRESENT:  Daniel R. Thompson     Carr, Bonner, O'Connell, Kaplan
           Attorney                & Scott representing FEMA

           Walter B. Jacobson      Borden Company

           Howard Smith            Virginia Dare Extract Co.

           Willis S. Steinitz      American Food Laboratories, Inc.

                    and

           Mr. J. K. Kirk          Acting Associate Commissioner for
                                    Compliance, FDA

           Arthur R. Johnson       Food Technology Branch, DFSA

SUBJECT:  Status of Vanilla Flavoring with other Natural Flavors.


It was brought out that some flavoring manufacturers have been marketing
products labeled "Vanilla with other Natural Flavors." As an example
vanilla extract might be supplied in admixture with other cheaper
botanicals such as St. John's Bread, Peru Balsam or prune juice. As
a trade association, the Flavor Extract Manufacturers Association has
been receiving many inquiries about the legal status of this type of
product. It appears, that at the present time, the Association does not
feel that the present Federal Regulations fully determine this status.
They believe that the Vanilla standard and the Ice Cream standard
could be re-written to better clarify these points:

The vanilla Standard determines Vanilla as a standardized product. If
other flavorings are added, then the vanilla is no longer a standardized
product and should therefore be labeled artificial or imitation. If
this Vanilla with other natural flavors were to be used in ice cream,
it would make the ice cream a category two product rather than a category
one product.

                               the problem could be alleviated
Mr. Thompson, with agreement from the others, suggested/through voluntary
compliance action on the part of the FEMA. Information about the inter-
pretation of the standards would be circularized throughout the Association.

462 VANILLA

2

Mr. Kirk, in turn suggested that the FEMA submit to his office, a draft of the proposal which they wish to make. This proposal would consider first the interpretation of the standards to limit the use of category one for ice cream containing only vanilla flavoring and limit the use of Vanilla WONF to category two ice cream. Secondly the FEMA proposal would suggest means for solving the problem through favorable interpretation of the standards and regulations. It was also suggested that the association submit to Mr. Kirk's office evidence of the use of these products in the form of labels commonly used on the products.

cc:  DFSA/RF
     Beacham, DFSA
     Johnson, DFSA
     SCI
     Records
     Mr. Kirk, OC
     Vanilla File
     Standards File

ARJohnson: ds: 7/20/66