```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLYNNIS WYNN and KATELYNN EDGERLY, *individually and on behalf of all others similarly situated*,

          Plaintiffs,

v.

TOPCO ASSOCIATES, LLC,

          Defendant.

No. 19-CV-11104 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 19, 2021, the Court granted Defendant's motion to dismiss Plaintiffs' first amended complaint. *See* Dkt. 44; *Wynn v. Topco Assocs., LLC*, 2021 WL 168541 (S.D.N.Y. Jan. 19, 2021). The Court granted Plaintiffs leave to file a second amended complaint to cure the deficiencies identified in the opinion and order. Any amended complaint was to be filed no later than February 19, 2021, and the Court stated that "[f]ailure to file an amended complaint by that date will result in dismissal of this case with prejudice."

That date having passed without the filing of an amended complaint, this action is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to enter judgment for Defendant and to close this case.

SO ORDERED.

Dated:    February 22, 2021
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge