UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLYNNIS WYNN and KATELYNN
EDGERLY, individually and on behalf of all
others similarly situated,

                       Plaintiffs,

        -against-                               19 **CIVIL** 11104 (RA)

                                            **JUDGMENT**

TOPCO ASSOCIATES, LLC,

                       Defendant.
-------------------------------------------------------------X



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 22, 2021, the Court granted Defendant's motion to dismiss Plaintiffs' first amended complaint on January 19, 2021. See Dkt. 44; Wynn v. Topco Assocs., LLC, 2021 WL 168541 (S.D.N.Y. Jan. 19, 2021). The Court granted Plaintiffs leave to file a second amended complaint to cure the deficiencies identified in the opinion and order. Any amended complaint was to be filed no later than February 19, 2021, and the Court stated that "[f]ailure to file an amended complaint by that date will result in dismissal of this case with prejudice." That date having passed without the filing of an amended complaint, this action is hereby dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

           February 23, 2021

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                               **BY:**

                                                     **Deputy Clerk**